## UNITED STATES of America, Plaintiff–Appellee,

v.

## Marco PULIDO, a/k/a Antonio M. Pulido, Defendant–Appellant.

### No. 05–50584.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 6, 2006.*

Filed Nov. 14, 2006.

Becky S. Walker, Esq., Rosalinda Wang, Esq., USLA–Office of the U.S. Attorney Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

Law Offices of Richard D. Rome, Van Nuys, CA, for Defendant–Appellant.

Before: LEAVY, McKEOWN and GOULD, Circuit Judges.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Marco Pulido appeals from the 108–month sentence imposed following his guilty-plea conviction for conspiracy to posses with intent to distribute cocaine, in violation of 21 U.S.C. § 846, and possession with intent to distribute cocaine, in violation of 21 U.S.C. § 841(a)(1). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Pulido contends that the district court erred by failing to sentence him to the low end of the sentencing range because the government was responsible for the amount of cocaine involved. We reject this contention because Pulido has failed to show that he lacked the intent and capability to provide the amount of drugs involved. *See United States v. Naranjo,* 52 F.3d 245, 250 n. 13 (9th Cir.1995).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.